■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE VARGAS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Bernstein, J.), rendered February 11, 1982, convicting him of murder in the second degree and robbery in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant has not preserved for review his objections to the court's charge (CPL 470.05 [2]), and we decline to address them in the interest of justice. Mollen, P. J., Titone, Thompson and Bracken, JJ., concur.